**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6660**

_____

RONALD MOORE,

Plaintiff - Appellant,

versus

RONALD JONES, Superintendent, Piedmont Cor-
rectional Institution; SHIELA THOMPSON, Pro-
grammer, Piedmont Correctional Institution;
FRANKLIN FREEMAN, Secretary of Department of
Corrections; LYNN PHILLIPS, Director of
Prisons,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Salisbury. William L. Osteen, Sr.,
District Judge. (CA-95-728-4)

_____

Submitted: September 5, 1996    Decided: September 17, 1996

_____

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald Moore, Appellant Pro Se. William McBlief, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Moore v. Jones</u>, No. CA-95-728-4 (M.D.N.C. Apr. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>